# United States District Court
### District of Arizona
### Office of the Clerk

**Brian D. Karth**
District Court Executive / Clerk Of Court
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118



**Michael S. O'Brien**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**Debra D. Lucas**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

May 23, 2016

Clerk's Office
New Castle County Superior Court
500 N. King St. #3500
Wilmington, DE  19801

**ATTN:**     Civil  File Counter

**RE:**     **REMAND TO NEW CASTLE COUNTY SUPERIOR COURT**

   **District Court Case Number: CV-16-336-PHX-DGC**

   **Superior Court Case Numbers:  N15C-09-207-CLS**

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on May 23, 2016, remanding the above case to New Castle County Superior Court for the State of Delaware.

   Sincerely,

   BRIAN D. KARTH, DCE/CLERK OF COURT

    S/M. Pruneau
   Deputy Clerk

Enclosure
cc: all counsel